### GUNTER *v.* THE STATE.

COBB, J.  The charges complained of were not erroneous.  The requests to
charge, so far as legal and pertinent, were fully covered by the general
charge, which was in all respects full and fair.  The evidence authorized the
verdict, and there is no reason for reversing the judgment refusing to grant a
new trial.
  *Judgment affirmed.   All the Justices concurring, except Lewis, J., absent.*

Argued July 21, — Decided August 9, 1902.

Conviction of manslaughter.    Before Judge Littlejohn.    Dooly
superior court.    May 27, 1902.

*J. G. Jones, J. M. duPree*, and *Hall & George*, for plaintiff in
error.   *F. A. Hooper, solicitor-general*, and *D. A. R. Crum*, contra.